CRAVATH

Antony L. Ryan
aryan@cravath.com
T+1-212-474-1296
New York

August 26, 2026

By ECF

Re: *Parra v. EquipmentShare.com Inc., et al.,* Case No. 1:26-cv-06288-JPO

Dear Judge Oetken:

We respectfully submit this letter on behalf of Defendants EquipmentShare.com, Inc. (the "Company"), Jabbok Schlacks, David Marquardt, William Schlacks, Naveen Bhatia, Jennifer Giacomazza, William Bryan Hill, John Weinstein and Henry Yeagley (collectively the "Individual Defendants") in the above-captioned securities class action. Plaintiff's counsel has authorized us to represent that Plaintiff consents to the relief requested herein.

On July 23, 2026, Plaintiff Jupiter Parra filed a putative class action complaint asserting claims under Sections 11 and 15 of the Securities Act and Sections 10(b) and 20(a) of the Exchange Act against the Company, the Individual Defendants and various underwriter defendants (the "Complaint"). On July 24, 2026, the Court issued an Order directing the parties to appear for an Initial Pre-trial Conference on November 10, 2026 and to file a Civil Case Management Plan and Scheduling Order at least seven calendar days prior to the conference. On August 5, 2026, service of the summons and Complaint was effected on the Company.

This action is subject to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), which requires the Court to appoint a Lead Plaintiff and approve the Lead Plaintiff's selection of Lead Counsel. *See* 15 U.S.C. § 78u-4(a)(3)(B). Motions for appointment of Lead Plaintiff must be filed no later than September 21, 2026. The parties anticipate that the designated Lead Plaintiff will file an amended complaint, which will supersede the current Complaint, and that Defendants will move to dismiss the amended complaint. Pursuant to the PSLRA, all discovery and other proceedings are stayed during the pendency of any motion to dismiss. *See id.* § 78u-4(b)(3)(B).

In order to conserve judicial and party resources prior to the appointment of a Lead Plaintiff and the filing of an amended complaint, we have agreed with Plaintiff and respectfully request that the Court enter an order providing as follows:

1. The undersigned counsel is authorized to accept, and hereby does accept, service of the summons and Complaint on behalf of the Individual Defendants, without prejudice to and

without waiver of any substantive or procedural rights, defenses or objections, except as to the sufficiency of service;

2. The date to answer, move or otherwise respond to the current Complaint is adjourned for the Company and the Individual Defendants;

3. Within fourteen (14) days of the appointment of Lead Plaintiff and Lead Counsel, counsel for the Company and the Individual Defendants shall meet and confer with Lead Counsel and submit a proposed schedule for the filing of an amended complaint and Defendants' response thereto;

4. The November 10, 2026 Initial Pre-trial Conference is adjourned, and the parties are not required to file a Civil Case Management Plan and Scheduling Order until after the Court rules on any motion to dismiss; and

5. This order is entered without prejudice to any party's rights, arguments, defenses or objections, except as provided in paragraph 1 above.

This request is consistent with the PSLRA's automatic discovery stay and will promote the efficient administration of this action. We thank the Court for its consideration.

Respectfully submitted,

Antony L. Ryan

cc: Rebecca Dawson
Robert V. Prongay
Charles H. Linehan
Frank R. Cruz

(by ECF)

The Honorable J. Paul Oetken
United States District Judge for the Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

So ordered.

The Court grants the requested relief in full. Thus, the date to respond to the current Complaint is adjourned sine die. Within 14 days of the appointment of Lead Plaintiff and Lead Counsel, the parties shall submit a proposed schedule for filing the amended complaint and Defendants' response. The November 10, 2026 Initial Pretrial Conference is adjourned sine die, and the parties are not required to submit a Civil Case Management Plan until the Court resolves any motion to dismiss.

Date: August 27, 2026

The Clerk is directed to terminate the motion at ECF No. 11.

J. PAUL OETKEN
United States District Judge